IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALAN DOERING
ADC #106115                                                              PLAINTIFF

v.                          No. 2:19-cv-53-DPM-JTK

CORRECT CARE SOLUTIONS, Healthcare
Provider, Central Office, Pine Bluff; RORY
GRIFFIN, Deputy Director of Health, Central
Office, Pine Bluff; GREG RECHCIGL, Health
Service Administrator, Brickeys Unit; CAMPBELL,
APN, Brickeys Unit; and WENDY KELLEY,
Director, Arkansas Department of Correction         DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, № 7, and overrules Doering's objections, № 9. FED. R. CIV. P. 72(b)(3). Doering's claims against CCS and Kelley are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 July 2019