IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALAN DOERING
ADC #106115                                                    PLAINTIFF

v.                    No. 2:19-cv-53-DPM-JTK

RORY GRIFFIN, Deputy Director of Health,
Central Office, Pine Bluff; GREG RECHCIGL,
Health Service Administrator, Brickeys Unit;
and CAMPBELL, APN, Brickeys Unit                              DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, № 21, and overrules Doering's objections, № 22. FED. R. CIV. P. 72(b)(3). Doering's claims against Griffin are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 July 2019