IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALAN DOERING
ADC #106115                                                          PLAINTIFF

v.                      No. 2:19-cv-53-DPM-JTK

GREG RECHCIGL, Health Service
Administrator, Brickeys Unit;
and GERALDINE CAMPBELL,
APN, Brickeys Unit                                                   DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, № 33, and overrules Doering's objections, № 34. FED. R. CIV. P. 72(b)(3). Doering's motions for preliminary injunctive relief and for emergency intervention, № 11 & № 12, are denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 September 2019