IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ALAN DOERING**
**ADC #106115**                                                         **PLAINTIFF**

v.                      No. 2:19-cv-53-DPM

**GREG RECHCIGL**, Health Service
Administrator, Brickeys Unit;
and **GERALDINE CAMPBELL**,
APN, Brickeys Unit                                      **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Unopposed motion for voluntarily dismissal, № 43, granted. Doering's remaining claims will be dismissed without prejudice.

3. Motion for summary judgment, № 40, denied without prejudice to Defendants' renewing it if Doering refiles. The request for a preemptive costs order, № 44, is also denied without prejudice. If Doering refiles, then Defendants may file Rule 41(d) motion at that time.

4. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 October 2019