# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ALAN DOERING**
**ADC #106115**                                                    **PLAINTIFF**

v.                                    No. 2:19-cv-53-DPM

**CORRECT CARE SOLUTIONS,**
**Healthcare Provider, Central Office,**
**Pine Bluff; RORY GRIFFIN, Deputy**
**Director of Health, Central Office, Pine**
**Bluff; GREG RECHCIGL, Health Service**
**Administrator, Brickeys Unit; GERALDINE**
**CAMPBELL, APN, Brickeys Unit; and**
**WENDY KELLEY, Director, Arkansas**
**Department of Correction**                                    **DEFENDANTS**

## JUDGMENT

Doering's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 October 2019